FILED

JUL 3 1 2015

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | Cause No. CR 14-02-M-DWM |
|---|---|
| Plaintiff, | |
| vs. | ORDER DENYING MOTION FOR RETURN OF PROPERTY |
| ROBERT MORRIS CARTER, | |
| Defendant. | |

This case comes before the Court on Defendant Robert Morris Carter's motion seeking return of property seized in connection with this case, which was dismissed on February 13, 2015. Carter is currently detained in the State of Utah and is proceeding pro se.

The United States responded to the motion on July 22, 2015. It avers that none of the items Carter seeks are or have been in its possession. Resp. (Doc. 36) at 1-2. Carter may have recourse to the State of Montana, but this Court has no jurisdiction over items in the possession of state authorities.

Accordingly, IT IS HEREBY ORDERED that Carter's motion (Doc. 35) is DENIED.

DATED July 31st, 2015.

Donald W. Molloy
United States District Court